No. 76–843. CASCO BANK & TRUST CO. ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 76–853. STASSI *v.* UNITED STATES; and

No. 76–865. STASSI, AKA ROGERS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 544 F. 2d 579.

No. 76–858. GOULD, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. 

No. 76–861. CANNON *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. 

No. 76–946. WALTON *v.* WALTON, A MINOR, BY BAKER. Dist. Ct. Colo., Jefferson County. Certiorari denied.

No. 76–949. GIBSON *v.* MISSOURI. Ct. App. Mo., Springfield Dist. Certiorari denied. 

No. 76–952. INMOBILIARIA MELIA DE PUERTO RICO, INC. *v.* PAINE, WEBBER, JACKSON & CURTIS, INC. C. A. 2d Cir. Certiorari denied. 

No. 76–953. RONWIN *v.* SPECIAL COMMITTEE ON EXAMINATIONS AND ADMISSIONS OF THE ARIZONA SUPREME COURT. Sup. Ct. Ariz. Certiorari denied.

No. 76–955. DOVER CONVEYOR & EQUIPMENT CO., INC. *v.* OHIO SAVINGS & TRUST CO. Ct. App. Ohio, Tuscarawas County. Certiorari denied.

No. 76–1064. ROSSI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.